THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
MARCUS KERNER, CSB No. 107014
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    E-mail: marcus.kerner@usdoj.gov

"O"

Attorneys for Defendant Commissioner
of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA LONG, | NO. SACV 08-00155-AN |
|     Plaintiff, | **ORDER OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand"), and for cause shown, IT IS ORDERED that this case is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATE: August 25, 2008

                          /s/ ARTHUR NAKAZATO
                          ARTHUR NAKAZATO
                          United States Magistrate Judge