THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division                              JS-6
MARCUS KERNER, CSB No. 107014
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    E-mail: marcus.kerner@usdoj.gov

Attorneys for Defendant Commissioner
of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA LONG, | NO. SACV 08-00155-AN |
|     Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

//

//

//

//

//

1

IT HEREBY ORDERED, ADJUDGED, AND DECREED that this case is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand and that judgment of remand is hereby entered for the plaintiff.

DATE:   August 25, 2008

/s/   ARTHUR NAKAZATO
ARTHUR NAKAZATO
United States Magistrate Judge